JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ, | Case No. CV 23-7615 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ERIKA MARES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 4th day of January, 2024.

/s/
Fernando M. Olguin
United States District Judge